IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

151697
CHK 1007

In re:  CHAPTER 7 CASE NO. 09-15807

RADE MARICH  JUDGE PAT E. MORGENSTERN-CLARREN

Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

Ohio Dept. Of Job & Family Services

Revenue Recovery/Litigation

PO Box 182404

Columbus, OH 43218

Replaces Ck. #1005 dated 10/6/10

Amount: $10.44

2. Your Trustee's Check No. 1007 for $10.44 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)